DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph G. Devine, Jr. Esq. (ID #031072011)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

In Re:

    Michael H. Laska dba Laska Home Improvements, LLC,

           Debtor.

Case No.: 19-23166-ABA

Judge: Hon. Andrew B. Altenburg

Chapter: 13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

1

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph G. Devine, Jr. Esq. (ID #031072011)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
(518) 786-9069
Attorneys for Creditor, TD Bank, N.A.

In Re:

Michael H. Laska dba Laska Home Improvements, LLC,

Debtor.

Case No.: 19-23166-ABA

Judge: Hon. Andrew B. Altenburg

Chapter: 13

**CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

WHEREAS, TD Bank, N.A. (hereinafter "creditor") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Consent Order;

NOW THEREFORE, the creditor and debtor hereby agree as follows:

1. That the debtor shall cure the post-petition default of $396.35, while remaining current on regular monthly payments, by making a series of payments as follows:

    (1) Debtor shall make one payment in the amount of $132.12 to the creditor no later than May 1, 2020;

    (2) Debtor shall make one payment in the amount of $132.12 to the creditor no later than June 1, 2020;

    (3) Debtor shall make one payment in the amount of $132.11 to the creditor no later than July 1, 2020;

2

2. The debtor shall continue to make regular monthly payments pursuant to the terms of the Mortgage Contract in a timely fashion commencing with the payment due on or before May 8, 2020 in the amount of $396.35.

3. In the event debtor fails to make any payment called for in this Consent Order within thirty (30) days of the due date, creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtors and counsel for debtors. Fourteen (14) days after receipt of a certification of default, the Court will enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court will set a hearing on the objection.

4. The debtor shall reimburse the creditor through the Chapter 13 Plan for its attorneys' fees in the amount of $350.00 and costs of $181.00 for bringing the motion for relief from the automatic stay.

Joseph G. Devine, Jr., Esq.
Attorneys for Creditor
Schiller, Knapp, Lefkowitz & Hertzel, LLP
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
April ___, 2020
May 4

Eric Clayman, Esq.
Attorney for Debtor
Jenkins & Clayman
413 White Horse Pike
Audubon, NJ 08106
Date: April ___, 2020
May 4, 2020

3

United States Bankruptcy Court
District of New Jersey

In re:  
Michael H. Laska  
    Debtor

Case No. 19-23166-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 04, 2020  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2020.  
db          +Michael H. Laska,    124 Todd Avenue,    Bellmawr, NJ 08031-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2020                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2020 at the address(es) listed below:

        Eric   Clayman    on behalf of Debtor Michael H. Laska jenkins.clayman@verizon.net,
         connor@jenkinsclayman.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
         summarymail@standingtrustee.com
        Joseph Gunnar Devine, Jr    on behalf of Creditor   TD Bank, N.A. jdevine@schillerknapp.com,
         kcollins@schillerknapp.com;lgadomski@schillerknapp.com
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
        Mitchell L Chambers, Jr.    on behalf of Plaintiff Bonnie   Howatt ecfbc@comcast.net
        Mitchell L Chambers, Jr.    on behalf of Creditor Bonnie   Howatt ecfbc@comcast.net
        Richard   Gerbino    on behalf of Creditor    TD Bank, N.A. rgerbino@schillerknapp.com,
         kcollins@schillerknapp.com;lgadomski@schillerknapp.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 9