Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−23166−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael H. Laska
   dba Laska Home Improvements, LLC
   124 Todd Avenue
   Bellmawr, NJ 08031

Social Security No.:
   xxx−xx−8381

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 07/26/2019 and a confirmation hearing on such Plan has been scheduled for 9/11/2019.

The debtor filed a Modified Plan on 12/18/2020 and a confirmation hearing on the Modified Plan is scheduled for 1/27/2021 at 10:00AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: December 21, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael H. Laska  
    Debtor(s)

Case No. 19-23166-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 21, 2020      Form ID: 186      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael H. Laska, 124 Todd Avenue, Bellmawr, NJ 08031-2132 |
| 518506240 | + | Bonnie Howatt, 2405 Plantation Drive, Glendora NJ 08029-1638 |
| 518506241 | + | Bonnie Howatt, c/o Robert J. Whitmann, Esquire, 117 N. Black Horse Pike, Suite 6, Runnemede NJ 08078-1629 |
| 518374880 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013 Addison, Texas 75001-9013 |
| 518588017 | + | Mitchell Lee Chambers, Jr.,Esq., 602 Little Gloucester Road, Suite 5, Blackwood NJ 08012-5213 |
| 518391562 | + | SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP, Attorneys for TD Bank, N.A., 30 Montgomery Street, Suite 1205, Jersey City, New Jersey 07302-3835 |
| 518410934 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 518336834 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp., 5005 N. River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 518336833 | | Toyota Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 518429665 | + | Toyota Motor Credit Corporation, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518380987 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2020 22:09:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2020 22:09:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518336826 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 21 2020 22:39:10 | Capital One Bank USA NA, PO BOX 85015, Richmond, VA 23285-5015 |
| 518404531 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 21 2020 22:31:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518413533 | + | Email/Text: bankruptcy@cavps.com | Dec 21 2020 22:09:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518336828 | | Email/Text: mrdiscen@discover.com | Dec 21 2020 22:08:00 | Discover Bank, ATT: CMS/PROD DEVELOP, PO Box 15316, Wilmington, DE 19850-5316 |
| 518348076 | | Email/Text: mrdiscen@discover.com | Dec 21 2020 22:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518336829 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 21 2020 22:39:04 | JPMCB - Card Services, 301 North Walnut Street, Floor 09, Wilmington, DE 19801-3935 |
| 518453635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2020 22:39:23 | Portfolio Recovery Associates, LLC, c/o Ebay Mastercard, POB 41067, Norfolk VA 23541 |
| 518336830 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 21 2020 22:38:53 | SYNCBPAYPALEXTRASMC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 518338056 | + | Email/PDF: gecsedi@recoverycorp.com | | |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2020 | Form ID: 186 | Total Noticed: 25 |

| | | Dec 21 2020 22:34:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
|---|---|---|---|
| 518336831 | Email/Text: bankruptcy@td.com | Dec 21 2020 22:09:00 | TD Bank, PO Box 8400, Lewiston, ME 04243-8400 |
| 518336832 | Email/Text: bankruptcy@td.com | Dec 21 2020 22:09:00 | TD Bank NA, 32 Chestnut Street, Lewiston, ME 04240 |
| 518460126 | Email/Text: bankruptcy@td.com | Dec 21 2020 22:09:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bonnie Howatt, 2405 Plantation Drive, Glendora, NJ 08029-1638 |
| 518584239 | *+ | Bonnie Howatt, 2405 Plantation Drive, Glendora, NJ 08029-1638 |
| 518336827 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA NA, PO BOX 85015, Richmond, VA 23285-5075 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020          Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Michael H. Laska jenkins.clayman@verizon.net  connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Bank  N.A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Mitchell L Chambers, Jr. | on behalf of Creditor Bonnie Howatt ecfbc@comcast.net |
| Mitchell L Chambers, Jr. | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 21, 2020 | Form ID: 186 | Total Noticed: 25 |

       on behalf of Plaintiff Bonnie Howatt ecfbc@comcast.net

Richard Gerbino

       on behalf of Creditor TD Bank  N.A. rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

U.S. Trustee

       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10